WILLIAM GULDEN, appellant,

*v.*

AUGUST W. LUCAS, respondent.

[Submitted March 23d, 1914.  Decided June 15th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison, whose opinion is reported in *81 N. J. Eq. 106.*

*Mr. Charles W. Kappes,* for the appellant.

*Messrs. Hudspeth, Rysdyk & Garrison,* for the respondent.

No opinion was read.  The decree was affirmed.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BOGERT—6.

*For reversal*—BERGEN, MINTURN, KALISCH, VREDENBURGH, WHITE, HEPPENHEIMER—6.